UNITED STATES COURT OF APPEALS
                 FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **BIG WEST OIL, LLC,** )<br> )<br> *Petitioner*, )<br> )<br>  v.  )<br> )<br> **UNITED STATES ENVIRONMENTAL** )<br> **PROTECTION AGENCY,** )<br> )<br> *Respondent.* ) | Case No. 25-1277 |

## PETITION FOR REVIEW

Pursuant to Section 307(b)(1) of the Clean Air Act, 42 U.S.C. § 7607(b)(1); the Administrative Procedure Act, 5 U.S.C. § 706(2); Rule 15(a) of the Federal Rules of Appellate Procedure; and D.C. Circuit Rule 15, Big West Oil, LLC petitions this Court for review of a final action of the Administrator of the United States Environmental Protection Agency. *See November 2025 Decisions on Petitions for RFS Small Refinery Exemptions*, EPA-420-R-25-013. Notice of EPA's *November 2025 Decisions* was published in the Federal Register on November 20, 2025. 90 Fed. Reg. 52385 (November 20, 2025). A copy of EPA's decision is attached as Exhibit A, with the sealed portion pertaining to Big West Oil, LLC attached as Exhibit B.

This Court has jurisdiction pursuant to 42 U.S.C. § 7607(b)(1).

Date:  December 3, 2025                    Respectfully submitted,

  */s/ Brittany M. Pemberton*
Brittany M. Pemberton
Jeffrey R. Holmstead
BRACEWELL LLP
2001 M Street NW, Suite 900
Washington, DC 20036
(202) 828-5800 (telephone)
(202) 857-4812 (facsimile)
Brittany.Pemberton@bracewell.com
Jeff.Holmstead@bracewell.com

***Counsel for Petitioner***

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| BIG WEST OIL, LLC, | ) |
| | ) |
| *Petitioner*, | ) |
| | ) |
| v. | ) Case No. 25-1277 |
| | ) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) |
| | ) |
| *Respondent*. | ) |

## **RULE 26.1 STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, Big West Oil, LLC certifies that it is a Utah limited liability company, and that it is a wholly-owned subsidiary of Big West Holdings LLC, a Utah limited liability company, which in turn is wholly owned by FJ Management Inc., a Utah corporation. FJ Management Inc. is a privately held corporation with no parent corporation.

Date: December 3, 2025                    Respectfully submitted,

 */s/ Brittany M. Pemberton*
Brittany M. Pemberton
Jeffrey R. Holmstead
BRACEWELL LLP
2001 M Street NW, Suite 900
Washington, DC 20036
(202) 828-5800 (telephone)
(202) 857-4812 (facsimile)
Brittany.Pemberton@bracewell.com
Jeff.Holmstead@bracewell.com

***Counsel for Petitioner***

# CERTIFICATE OF SERVICE

Pursuant to Federal Rules of Appellate Procedure 3(d), 15, and 25, D.C. Circuit Rules 15(a) and 25, and 40 C.F.R. § 23.12(a), I hereby certify that the foregoing Petition for Review and Rule 26.1 Statement have been served by United States certified mail, return receipt requested, this 3rd day of December, 2025, upon each of the following:

>Hon. Lee Zeldin, Administrator
>U.S. Environmental Protection Agency
>1200 Pennsylvania Avenue, NW
>Washington, DC 20460
>
>Correspondence Control Unit
>Office of General Counsel (2311)
>U.S. Environmental Protection Agency
>1200 Pennsylvania Avenue, NW
>Washington, DC 20460
>
>Hon. Pamela Bondi
>Attorney General of the United States
>U.S. Department of Justice
>950 Pennsylvania Avenue, NW
>Washington, DC 20530
>
>Hon. Adam R.F. Gustafson
>Acting Assistant Attorney General
>Environmental and Natural Resources Division
>U.S. Department of Justice
>950 Pennsylvania Avenue, NW
>Washington, DC 20530

 */s/ Brittany M. Pemberton*
 Brittany M. Pemberton